# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. WILSON,<br><br>        Petitioner,<br><br>  v.<br><br>M.E. SPEARMAN,<br><br>        Respondent.<br>_____ / | 1:12-cv-01575-MJS (HC)<br><br>ORDER APPOINTING OFFICE OF FEDERAL DEFENDER, DIRECTING COUNSEL TO FILE NOTICE OF APPEARANCE WITHIN FOURTEEN DAYS, AND DIRECTING CLERK OF COURT TO SERVE DOCUMENTS |

      Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He proceeds *pro se*.

      Petitioner filed the instant petition on September 24, 2012. (Pet., ECF No. 1.)

      Petitioner previously filed two petitions for habeas in federal court. On March 20, 2007, Petitioner filed a habeas petition which was dismissed on the merits on June 17, 2009. See Wilson v. Sisto, 2009 U.S. Dist. LEXIS 57126, EDCA Case No. 1:07-cv-00436-H-CAB (HC) (E.D. Cal. June 17, 2009). Petitioner filed a second federal petition on December 19, 2011; it was dismissed as successive on April 19, 2012 in light of the prior proceeding. See Wilson v. Gonzales, 2012 U.S. Dist. LEXIS 245, EDCA Case No. 1:11-cv-02088-JLT HC (E.D. Cal. Jan. 3, 2012) (adopted by the District Court Judge on April 19, 2012.)

      Petitioner then filed an application for leave to file a second or successive petition with the Ninth Circuit Court of Appeals on February 24, 2012. The application was granted on September 5, 2012. (See ECF No. 5.) In light of the successful application, Petitioner returned to this Court and filed the instant petition on September 24, 2012. Petitioner

accompanied the petition with a motion to appoint counsel. (Mot. to Appoint Counsel, ECF No. 6.)

Pursuant to 18 U.S.C. § 3006A(a)(2)(B), the Court may appoint counsel at any stage of a habeas corpus proceedings if the interests of justice so require and Petitioner is financially eligible. Accordingly, for good cause shown, and in light of the unique procedural position of the present matter, the Court appoints the Office of the Federal Defender to represent Petitioner.

IT IS HEREBY ORDERED that:

1. The Office of the Federal Defender is appointed to represent Petitioner;

2. The Clerk of Court is directed to serve a copy of this Order on Assistant Federal Defender David Porter at the Office of the Federal Defender;

3. Appointed counsel shall file a notice of appearance with this Court within fourteen (14) days from the date of service of this order and counsel shall contact the Clerk's Office to make arrangements for copies of any relevant documents.

IT IS SO ORDERED.

Dated:   October 16, 2012          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE